1
2
3
4
5
6
7
8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10   JANE DOE,                         Case No. 3:25-cv-05179-SI

11              Plaintiff,             **[PROExaSED] ORDER**

12        v.

13   ANTHONY ZHANG,

14              Defendant.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the Parties' Joint Administrative Motion, IT IS HEREBY ORDERED that the deadline for amendment of the pleadings set forth in the November 17, 2025 Order (ECF No. 21) is hereby MODIFIED as follows:

| Event | Modified Deadline |
|-------|-------------------|
| Deadline for Amendment of the Pleadings | April 23, 2026 |

The remaining deadlines as outlined in the Pretrial Preparation Order, ECF No. 21, remain in effect.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 26, 2026

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER
Case No. 5:23-cv-04125-PCP